1 | THE DURST FIRM
LEE H. DURST, Esq. State Bar No. 69704
2 | 220 Newport Center Drive, Ste 11285
Newport Beach, CA 92660
3 | Tel: 949-400-5068  Fax: 714-242-2096
4 | lee.durst@gmail.com

5 | LARRY ROTHMAN & ASSOCIATES
6 | LARRY ROTHMAN – State Bar No. 72451
City Plaza
7 | 1 City Boulevard West, Suite 850
Orange, California 92868
8 | (714) 363 0220  Telephone
9 | (714) 363 0229  Facsimile
tocollect@aol.com  E-Mail
10 |
Attorneys for the Plaintiff:
11 | LARRY ROTHMAN

12 | UNITED STATES DISTRICT COURT
13 | CENTRAL DISTRICT OF CALIFORNIA
14 | SANTA ANA DISTRICT
15 |
16 | LARRY ROTHMAN                    )  Case No.
                                      )
17 |       Plaintiff,                 )  SACV12 - 01723 CJC (RNBx)
                                      )
18 | -vs-                             )
                                      )
19 |                                  )  **COMPLAINT FOR WRONGFUL**
     BANK OF THE WEST                 )  **ACCESS TO CREDIT REPORT**
20 |                                  )  **(15 USC 1681)**
           Defendant.                 )
21 |                                  )  **DEMAND FOR JURY TRIAL**
                                      )
22 |                                  )
                                      )
23 |

1

COMES NOW THE PLAINTIFF, LARRY ROTHMAN, who complains as follows:

## FIRST CAUSE OF ACTION
### (Violation of Fair Credit Report Act - Federal Law)

1    Plaintiff is an individual located within this judicial district and all statutory damages occurred within this judicial district..

2    Defendant, BANK OF THE WEST, is a National Bank, licensed by the United States Government, and is qualified to operate in the State of California.

3    On or about October 15, 2010, the Defendant willful procured Plaintiff's Credit Report without consent or proper purpose in violation of 15 USC 1681. This Court has jurisdiction on this case based upon 15 USC 1681.

4    As such, Plaintiff is entitled to recover from Defendant general damages, statutory damages, costs, and legal fees.

## SECOND CAUSE OF ACTION
### (Violation of Fair Credit Report Act - California Law)

5    Plaintiff reincorporates all allegations set forth in Paragraphs 1 to 4 above.

6    Defendant violated California Civil Code 1785 et seq. by accessing Plaintiff's Credit Report without authorization or legal purpose.

4  As such, Plaintiff is entitled to recover from Defendant general damages, statutory damages, costs, punitive damages, and legal fees.

WHEREBY, Plaintiff prays that the Court or Jury award:

1  General Damages according to proof

2  Statutory Damages;

3  Punitive Damages as provided by the Fair Credit Reporting Act;

4  Reasonable Attorney Fees;

5  Costs; and

6  Other Relief as this Court may deem just and proper.

LARRY ROTHMAN & ASSOCIATES

THE DURST FIRM

DATED:   October 5, 2012

s/LEE H. DURST

---

LEE H. DURST/LARRY ROTHMAN
Attorneys for the Defendants:
LARRY ROTHMAN, LARRY ROTHMAN, A PROFESSIONAL CORPORATION
LOMA LINDA HOMEOWNERS ASSOCIATION

3