THE DURST FIRM
LEE H. DURST, Esq. State Bar No. 69704
220 Newport Center Drive, Ste 11285
Newport Beach, CA 92660
Tel:  949-400-5068  Fax: 714-242-2096
lee.durst@gmail.com

LARRY ROTHMAN & ASSOCIATES
LARRY ROTHMAN – State Bar No. 72451
City Plaza
1 City Boulevard West, Suite 850
Orange, California 92868
(714)  363 0220  Telephone
(714)  363 0229   Facsimile
tocollect@aol.com   E-Mail

Attorneys for the Plaintiff:
LARRY ROTHMAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| LARRY ROTHMAN      ) | Case No. SACV12-1723CJC(RNBx) |
| ) | |
| Plaintiff,      ) | |
| ) | **NOTICE OF DISMISSAL** |
| -vs-      ) | **PURSUANT TO F.R.C.P.** |
| ) | **RULE 41 (a)(1)A)** |
| BANK OF THE WEST     ) | |
| ) | |
| Defendant.     ) | |

1. Plaintiff, LARRY ROTHMAN, hereby dismisses this case with prejudice pursuant to F.R.C.P. RULE 41 (a)(1)A.

No Answer or Motion for summary judgment has been filed by Defendants.

Dated: January 9, 2013

                                          LARRY ROTHMAN & ASSOCIATES

                                                   S/LARRY ROTHMAN
BY _____
                                                       LARRY ROTHMAN
                                                   Attorneys for Plaintiff:
                                                       LARRY ROTHMAN

**PROOF OF SERVICE**

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18. My business address is: City Plaza, 1 City Boulevard West, Suite 850, Orange, California 92868

On January 9, 2013, served the foregoing document described as:

**NOTICE OF DISMISSAL**

on the parties listed below in this action by this filing through the ECF system of this Court. There are no other attorneys of record in this case.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on January 9, 2013, at Orange, California.

                                        S/LARRY ROTHMAN

                                        _____
                                        LARRY ROTHMAN